JOHN Z. ROGERS, Respondent, Impleaded with Another, *v.* ROBERT H. INGERSOLL et al., Appellants.

*Rogers* v. *Ingersoll*, 103 App. Div. 490, affirmed.
(Submitted May 24, 1906; decided June 12, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1905, affirming a judgment in favor of plaintiff entered

upon the report of a referee in an action by attachment creditors to recover an amount owing by the defendants to the attachment debtors and levied upon by virtue of the warrant of attachment.

*Fred Cyrus Leubuscher* and *Howard P. Nash* for appellants.

*Edward Hassett* and *Philip Carpenter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.